United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sean P. Browne  
Mary K. Browne  
    Debtors

Case No. 18-16386-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: 138OBJ | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. Browne, Mary K. Browne, 4949 Edgewood Road, Doylestown, PA 18902-1547 |
| 14625697 | + | Acar Leasing LTD d/b/a GM Financial Leasing, C/O William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3125 |
| 14711232 | + | Nationstar Mortgage LLC, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd.,Suite 150 Charlotte, NC 28217-3977 |
| 14805442 | + | Nationstar Mortgage LLC, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14207029 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14244165 | + | Patricia M. Mayer, Esquire, 301 Oxford Valley Rd., Ste. 203B, Yardley, PA 19067-7708 |
| 14203307 | + | Wells Fargo EFS, PO Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 24 2023 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14214484 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2023 00:12:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO BOX 183853, Arlington, TX 76096-3853 |
| 14625375 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2023 00:12:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14203296 | + | Email/Text: bncnotifications@pheaa.org | Oct 24 2023 00:12:00 | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14203297 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2023 00:12:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14230794 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 24 2023 00:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14235149 | | Email/PDF: bncnotices@becket-lee.com | Oct 24 2023 00:18:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14226773 | + | Email/Text: RASEBN@raslg.com | Oct 24 2023 00:12:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14203299 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 24 2023 00:12:00 | Chrysler Capital, Attn: Bankruptcy Dept., PO Box 961278, Fort Worth, TX 76161-0278 |
| 14203300 | | Email/Text: mrdiscen@discover.com | Oct 24 2023 00:12:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 14214564 | | Email/Text: mrdiscen@discover.com | | |

Case 18-16386-amc  Doc 69  Filed 10/25/23  Entered 10/26/23 00:32:25  Desc Imaged
                           Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 23, 2023 | Form ID: 138OBJ | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 24 2023 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14386034 | | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Oct 24 2023 00:12:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14203301 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Oct 24 2023 00:12:00 | GMAC, PO Box 181145, Arlington, TX 76096-1145 |
| 14203298 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 24 2023 00:18:41 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14203302 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Oct 24 2023 00:12:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14203303 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 24 2023 00:18:35 | Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 14203304 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Oct 24 2023 00:12:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14711123 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Oct 24 2023 00:12:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14805362 | ^ | MEBN | | |
| | | | Oct 24 2023 00:08:23 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14711122 | + | Email/Text: EBN@brockandscott.com | | |
| | | | Oct 24 2023 00:12:00 | Nationstar Mortgage LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14217293 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Oct 24 2023 00:12:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14203305 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 24 2023 00:18:36 | Old Navy/Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14226814 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Oct 24 2023 00:12:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14230788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 24 2023 00:18:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14204510 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Oct 24 2023 00:18:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14239476 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Oct 24 2023 00:12:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14203306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 24 2023 00:18:31 | Syncb/American Signature, PO Box 965005, Orlando, FL 32896-5005 |
| 14227567 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 24 2023 00:18:30 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14786113 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Oct 24 2023 00:18:30 | Wells Fargo Bank, N.A. - Wells Fargo Education, Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 18-16386-amc    Doc 69    Filed 10/25/23    Entered 10/26/23 00:32:25    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 23, 2023 | Form ID: 138OBJ | Total Noticed: 37 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| HOWARD GERSHMAN | on behalf of Debtor Sean P. Browne hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| HOWARD GERSHMAN | on behalf of Joint Debtor Mary K. Browne hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Sean P. Browne and Mary K. Browne
        Debtor(s)

Case No: 18−16386−amc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                               Suite 400
                         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/23/23