# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-16386** |
| **Sean P. Browne** | : **Chapter 13** |
| **Mary K. Browne** | : **Judge Ashely M. Chan** |
| | : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| | : |
| **Sean P. Browne** | : |
| **Mary K. Browne** | : **Related Document No. 66** |
| **Kenneth E. West** | : **Related Claim No. 3** |
| **Movant,** | : |
| vs | : |
| | : |
| **Nationstar Mortgage LLC** | : |
| **Respondents.** | : |

## ORDER OF COURT

AND NOW, this  15th  day of  November         , 2023, upon consideration of the Motion to Extend the Deadline to File a Response to Trustee's Notice of Final Cure Payment and for good cause shown, the Motion is granted and Response to the Trustee's Notice of Final Cure is now due November 24, 2023.

_____
Ashely M. Chan
United States Bankruptcy Judge

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

23-028062_SCS2

HOWARD GERSHMAN, Attorney for Debtor, 135 Old York Road, Jenkintown, PA  19046, hg229ecf@gmail.com (notified by ecf)

Sean P. Browne and Mary K. Browne, Debtor, 4949 Edgewood Road, Doyestown, PA  18902 (notified by regular US Mail)

23-028062_SCS2