United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-16386-amc |
|---|---|
| Sean P. Browne | Chapter 13 |
| Mary K. Browne | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. Browne, Mary K. Browne, 4949 Edgewood Road, Doylestown, PA 18902-1547 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

**Name**      **Email Address**

ALYK L OFLAZIAN
     on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

ANDREW L. SPIVACK
     on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com   wbecf@brockandscott.com

ANDREW L. SPIVACK
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com

HOWARD GERSHMAN
     on behalf of Debtor Sean P. Browne hg229ecf@gmail.com   229ecf@glpoc.comcastbiz.net

HOWARD GERSHMAN
     on behalf of Joint Debtor Mary K. Browne hg229ecf@gmail.com   229ecf@glpoc.comcastbiz.net

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM

MARK A. CRONIN
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-16386 |
| Sean P. Browne | : Chapter 13 |
| Mary K. Browne | : Judge Ashely M. Chan |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| Sean P. Browne | : |
| Mary K. Browne | : Related Document No. 66 |
| Kenneth E. West | : Related Claim No. 3 |
| **Movant,** | : |
| vs | : |
| | : |
| Nationstar Mortgage LLC | : |
| **Respondents.** | : |

### ORDER OF COURT

AND NOW, this <u>15th</u> day of <u>November</u>, 2023, upon consideration of the Motion to Extend the Deadline to File a Response to Trustee's Notice of Final Cure Payment and for good cause shown, the Motion is granted and Response to the Trustee's Notice of Final Cure is now due November 24, 2023.

_____
Ashely M. Chan
United States Bankruptcy Judge

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

23-028062_SCS2

HOWARD GERSHMAN, Attorney for Debtor, 135 Old York Road, Jenkintown, PA 19046, hg229ecf@gmail.com (notified by ecf)

Sean P. Browne and Mary K. Browne, Debtor, 4949 Edgewood Road, Doyestown, PA 18902 (notified by regular US Mail)

23-028062_SCS2